FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD R. T.,[1]<br><br>                    Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | NO: 4:23-cv-05015-LRS<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND |

BEFORE THE COURT is the parties' Stipulated Motion to Remand, ECF No. 15.  Based on the stipulation of the parties, the Court finds good cause to grant

---

[1] The court identifies a plaintiff in a social security case only by the first name and last initial in order to protect privacy.  *See* LCivR 5.2(c).

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

the motion. Accordingly, pursuant to the stipulation, **IT IS HEREBY ORDERED**:

1. Defendant's Stipulated Motion for Remand, **ECF No. 15** is **GRANTED**.

2. This case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. On remand, the Appeals Council will remand the case to an Administrative Law Judge in order to:

   - Reevaluate the persuasiveness of all medical opinions and prior administrative medical findings, including the assessments of Robert Hander, M.D., and Christopher Snyder, D.O., under the supportability and consistency factors of the applicable regulations;

   - Continue the sequential evaluation, including reassessing Plaintiff's residual functional capacity finding and, as necessary, obtaining vocational expert evidence; and

   - Offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

4. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

5. Plaintiff's Opening Brief, **ECF No. 7**, and the hearing and remaining briefing schedule are **VACATED** as moot.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel. Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

**DATED** August 9, 2023.

_____
LONNY R. SUKO
Senior United States District Judge