AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 09, 2023**

SEAN F. McAVOY, CLERK

DONALD R. T.

_____
               *Plaintiff*

v.

Civil Action No.   4:23-cv-05015-LRS

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY
_____
               *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑   other:   Plaintiff's Opening Brief, ECF No. 7, is VACATED as moot.
            Defendant's Stipulated Motion for Remand, ECF No. 15 is GRANTED.
            Pursuant to the Order filed at ECF No. 16, this case is REVERSED and REMANDED for further administrative
            proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
            Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   LONNY R. SUKO _____ on parties' Stipulated Motion to Remand.

Date:   8/9/2023 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Ruby Mendoza
_____
               *(By) Deputy Clerk*

Ruby Mendoza
_____